UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., <br> Plaintiff, <br> vs. <br> OEA INTERNATIONAL, INC., et al., <br> Defendants. | Case No: C 11-713 SBA <br> **ORDER CONTINUING MOTION HEARING** <br> Docket 21 |

The hearing on Defendants' motion to sever and to transfer, Dkt. 21, scheduled for July 26, 2011 is CONTINUED to September 20, 2011 at 1:00 p.m. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court, in its discretion, may resolve the motion without oral argument. The parties are advised to check the Court's website to determine whether a court appearance is required.

IT IS SO ORDERED.

Dated: July 15, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge